1  WILLIAM M. KUNTZ   # 153052
   Attorney at Law
2  4780 Arlington Avenue
   Riverside, CA 92504
3  (951) 343-3400
   Fax (951) 343-4004
4  E-Mail: KuntzSSlaw @sbcglobal.net
   Attorney for Plaintiff
5

6

7

8             UNITED STATES DISTRICT COURT
       FOR THE CENTRAL DISTRICT OF CALIFORNIA
9                    EASTERN DIVISION

10

11 JENNIFER HOANG DO,           )   CASE NO.: **ED CV 10-0154 JCG**
                                )
12         Plaintiff,           )   ORDER AWARDING
                                )   EAJA FEES
13     v.                       )
                                )
14 MICHAEL J. ASTRUE,           )
   Commissioner of Social Security, )
15                              )
           Defendant.           )
16 _____ )

17

18     Based upon the parties' Stipulation for Award and Payment of Equal Access

19 to Justice Act (EAJA) Fees ("Stipulation"),

20     **IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the

21 Equal Access to Justice Act, ("EAJA") in the amount of ONE THOUSAND

22 SEVEN HUNDRED EIGHTY-ONE DOLLARS and 25/cents ($1,781.25), as

23 authorized by  28 U.S.C. § 2412 (d), and subject to the terms and conditions of the

24 Stipulation.

25     DATED: April 14, 2011

26                                     _____
27                                     UNITED STATES MAGISTRATE JUDGE

28